U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAWRENCE WATSON
      PLAINTIFF

CIVIL ACTION No. 03-12586-RGS

v.

DORCHESTER DISTRICT COURT ET AL
      DEFENDANTS

NOTICE OF APPEAL

The PLAINTIFF, LAWRENCE WATSON, is filing notice of appeal in this Court because he intends to appeal the dismissal of the above-named complaint.

RESPECTFULLY

*Lawrence Watson*

LAWRENCE WATSON
PRO SE
11 LUCERNE ST
BOSTON, MA 02124
(617) 282-6181
DATED: AUGUST 13, 2004