# United States Court of Appeals
## For the First Circuit

No.   04-2146

*03-12586*
*J. Stearns*

LAWRENCE WATSON,
Plaintiff - Appellant,

v.

APPELLATE COURT OF THE COMMONWEALTH
OF MASSACHUSETTS; DORCHESTER DISTRICT COURT #2,
Defendants - Appellees.

### JUDGMENT

Entered:  October 22, 2004

By order entered August 31, 2004, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by October 20, 2004 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date:  NOV 16 2004

By the Court:
Richard Cushing Donovan, Clerk

By:_____
Operations Manager

[cc:  Mr. Watson]